## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND *v.* JOE M. KYLE

[Misc. Docket (Subtitle BV) No. 33, September Term, 1978.]

*Decided May 25, 1979.*

The cause was submitted to SMITH, DIGGES, ELDRIDGE, ORTH, COLE and DAVIDSON, JJ.

## O R D E R

The Court having considered the findings of fact and conclusions of law and no exceptions having been filed, it is this 25th day of May, 1979

ORDERED, by the Court of Appeals of Maryland, that Joe M. Kyle be, and he is hereby, suspended for a period of ninety days to begin fifteen days from the filing of this Order, said suspension shall not be terminated until Kyle has paid the cost of the transcripts and complied with Maryland Rule BV13 b.